

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carol Johnene Morris,                          * From the 238th District Court
                                                 of Midland County,
                                                 Trial Court No. CV59879.

Vs. No. 11-23-00190-CV                         * August 7, 2025

City of Midland, Texas;                        * Memorandum Opinion by Bailey, C.J.
J.M. Cox Resources;                              (Panel consists of: Bailey, C.J.,
and I.C.E.E.D., Inc.,                            Trotter, J., and Wright, S.C.J.,
                                                 sitting by assignment)
                                                 (Williams, J., not participating)


   This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.